**E-filed 4/23/07**

1   Michael K. Brown (SBN 104252)
    Thomas J. Yoo (SBN 175118)
2   REED SMITH LLP
    355 South Grand Avenue, Suite 2900
3   Los Angeles, CA  90071
    Telephone:    213.457.8000
4   Facsimile:    213.457.8080
    Email: mkbrown@reedsmith.com
5   tyoo@reedsmith.com

6   Steven J. Boranian (SBN 174183)
    Alison B. Riddell (SBN 246120)
7   REED SMITH LLP
    Two Embarcadero Center, Suite 2000
8   San Francisco, CA  94111-3922
    Telephone:    415.543.8700
9   Facsimile:    415.391.8269
    Email: sboranian@reedsmith.com
10  ariddell@reedsmith.com

11  Attorneys for Defendants
    Merck & Co., Inc.

12

13                 UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16
    ESTATE OF SANDRA ELLIS, by and through a    Case No.  C 07-0074 JF
17  Successor in Interest, THOMAS ELLIS, an
    Individual,                                 **STIPULATION AND |PROPOSED|
18                                              ORDER STAYING RULE 26(F) AND
                        Plaintiff,              INITIAL SCHEDULING CONFERENCES
19                                              PENDING RULINGS ON THE STAY AND
                vs.                             REMAND HEARINGS AND PENDING A
20                                              RULING BY THE JPML ON TRANSFER
    MERCK & COMPANY, INC., a corporation;       TO MDL NO. 1657**
21  McKESSON CORPORATION, a corporation;
    AMERISOURCEBERGEN DRUG
22  CORPORATION, a corporation; DOES 1 to 100;
    PHARMACEUTICAL DEFENDANT DOES 101           Honorable Jeremy Fogel
23  to 200; and DISTRIBUTOR DOES 201 to 300,
    inclusive,
24
                        Defendants.
25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR

2  THE NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFF AND DEFENDANT, THROUGH

3  THEIR ATTORNEYS, FILE THIS STIPULATION AND PROPOSED ORDER.

4

5  This case, *Estate of Sandra Ellis v. Merck & Co., Inc., et al.* Case Number 07-0074 JF, was

6  filed in state court on September 26, 2006 and removed to this Court on January 5, 2007.

7

8  No discovery has been conducted or scheduled.

9

10  On January 12, 2007, Merck, pursuant to Rule 7.5(c) of the Rules of Procedure of the

11  Judicial Panel on Multidistrict Litigation ("R.P.J.P.M.L."), provided notice to the MDL Panel of the

12  pendency of this "tag-along" action and furnished the MDL Panel with a copy of the docket sheet

13  and complaint.  Merck requested that the MDL Panel transfer this action to the multidistrict litigation

14  known as In re Vioxx Products Liability Litigation, MDL No. 1657, currently pending in the Eastern

15  District of Louisiana, District Judge Eldon Fallon presiding.  On February 1, 2007, the JPML issued

16  a Conditional Transfer Order conditionally transferring this case to the Vioxx MDL proceeding in

17  the Eastern District of Louisiana.  Plaintiff opposed the transfer of this case to the Vioxx MDL, and

18  the case is currently awaiting hearing to determine whether the case will be transferred to the Vioxx

19  MDL.

20

21  On January 26, 2007, Merck filed a motion to stay all proceedings pending transfer of this

22  case to the Vioxx MDL.  On February 1, 2007, Plaintiff filed a motion to remand this case to Los

23  Angeles County Superior Court.  The hearings for both of these motions are currently scheduled for

24  Friday, April 27, 2007 at 9:00 a.m. in Courtroom 3.  An initial Case Management Conference it also

25  set for Friday, April 27, 2007 at 9:00 a.m. in Courtroom 3.

26

27  In light of both the upcoming hearings for Merck's motion to stay and Plaintiff's motion to

28  remand as well as the upcoming hearing concerning transfer of this case to the Vioxx MDL, the

– 1 –

1   parties respectfully request that further Joint Status Reports be postponed and that Discovery

2   Conferences be continued so as to allow this Court to Rule on the Stay and Remand Motions and to

3   allow the JPML to rule on transfer of this tag along action.

4

5       By signing this stipulation, the parties do not concede their positions on any pending motions

6   or other issues currently before this Court.

7

8       SO STIPULATED.

9

10

11  Dated: April 20, 2007

12                                          **REED SMITH LLP**

13                                          By: _Alison B. Riddell_

14                                          Alison B. Riddell
                                            Attorney for Defendant
15                                          MERCK & CO., INC.

16  Dated: April 20 2007

17                                          **GREEN BROILLET & WHEELER LLP**

18
                                            By: _Bruce C. Fishelman_
19                                          Bruce C. Fishelman
                                            Attorney for Plaintiff
20                                          Thomas Ellis, representing the Estate of Sandra
                                            Ellis
21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER STAYING RULE 26(F) CONFERENCE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

## [PROPOSED] ORDER

2

    IT IS HEREBY ORDERED the above terms of this Stipulation are approved by this

3

Court.

4

5

Dated:    4/23/07

6

7

Honorable Jeremy Fogel
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

STIPULATION AND [PROPOSED] ORDER STAYING RULE 26(F) CONFERENCE