\*\*E-Filed 4/27/2007\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF SANDRA ELLIS, et al., | Case Number C 07-0074 JF (HRL) |
| Plaintiffs, | ORDER[1] GRANTING MOTION TO STAY |
| v. | |
| MERCK & COMPANY, INC., et al., | [re: docket nos. 5, 9] |
| Defendants. | |

This case is one of many around the country pertaining to the alleged side-effects of the drug Vioxx. Defendant Merck & Company, Inc. ("Merck") moves to stay proceedings pending a decision on transfer by the judicial panel on multidistrict litigation ("the MDL Panel"). Plaintiffs oppose the motion to stay and moves to remand the case to state court on the basis that this Court lacks subject matter jurisdiction. Merck opposes the motion to remand on the basis that diversity was destroyed by fraudulent joinder of non-diverse defendants. The Court heard oral argument on both motions on April 20, 2007.

Merck provided notice to the MDL Panel of this "tag-along" action on January 12, 2007. The MDL Panel issued a conditional transfer order on February 1, 2007. According to Merck, at

---

[1] This disposition is not designated for publication and may not be cited.

1  present there are more than forty-five California cases that involve the same allegedly fraudulent
2  joinder.  Other courts in this district have stayed actions on similar or identical facts pending a
3  determination by the MDL Panel.  *See e.g.* Memorandum & Order Re. Motion to Remand,
4  *Johnson v. Merck & Co., Inc.*, Case No. C 05-2881 (N.D.Cal. Mar. 2, 2007).

5      While the motion to remand the case advances strong arguments, these arguments may
6  be heard by the MDL Panel and by the transferee court in the event transfer is ordered.  In light of
7  this consideration, in view of the rulings of other courts on this issue, and in the interest of
8  judicial economy and consistency, the Court will stay this action pending a decision on transfer
9  by the MDL Panel.

11 IT IS SO ORDERED.

13 DATED: April 27, 2007.

                                                  _____
                                                  JEREMY FOGEL
                                                  United States District Judge

2

Case No. C 07-0074 JF (HRL)
ORDER GRANTING MOTION TO STAY
(JFLC1)

1  This Order has been served upon the following persons:

| | |
|---|---|
| Steven J. Boranian | sboranian@reedsmith.com |
| Michael Kevin Brown | mkbrown@reedsmith.com, emedina@reedsmith.com; mchoi@reedsmith.com; bjthompson@reedsmith.com |
| Rachael Raymon Gilmer | rgilmer@levinlaw.com, jsullivan@levinlaw.com |
| Brian J. Panish | bpanish@gbpwlaw.com, cdesimone@gbpwlaw.com |
| Troy Alan Rafferty | trafferty@levinlaw.com, balverson@levinlaw.com |
| Alison B. Riddell | ariddell@reedsmith.com, rallen@reedsmith.com |
| Thomas Joonyul Yoo | Tyoo@reedsmith.com |

Notice will be delivered by other means to:

Kevin R. Boyle
Panish Shea & Boyle LLP
11111 Santa Monica Boulevard
Suite 700
Los Angeles, CA 90025

Bruce C. Fishelman
Greene Broillet & Wheeler LLP
100 Wilshire Boulevard
Suite 2100
P.O. Box 2131
Santa Monica, CA 90407-2131

Pete Kaufman
Levin Papantonio Thomas Mitchell Echsner
316 South Baylen Street, Suite 600
Pensacola, FL 32502

R Euna Kim
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Franciso, CA 94111-3922

Geoffrey S. Wells
Greene Broillet & Wheeler LLP
100 Wilshire Boulevard
Suite 2100
P.O. Box 2131
Santa Monica, CA 90407-2131

Timothy J. Wheeler
Greene Broillet & Wheeler LLP
100 Wilshire Boulevard
Suite 2100
P.O. Box 2131
Santa Monica, CA 90407-2131

3

Case No. C 07-0074 JF (HRL)
ORDER GRANTING MOTION TO STAY
(JFLC1)